# EXHIBIT A

SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:    (617) 994-5801

*Attorneys for Plaintiffs Emmanuel Cornet,
Justine De Caires, Grae Kindel, Alexis Camacho,
and Jessica Pan, on behalf of themselves
and all others similarly situated*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, AND JESSICA PAN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER, INC. <br><br> Defendant. | Case No. 3:22-cv-06857 <br><br> **DECLARATION OF EMMANUEL CORNET** |

# **DECLARATION OF EMMANUEL CORNET**

1. I am an adult resident of San Francisco, California.

2. I worked for Twitter from approximately July 1, 2021, to November 1, 2022, when I was laid off.

3. While I worked for Twitter, I held the position of Staff Software Engineer.

4. In April 2022, I learned that Elon Musk was going to be purchasing Twitter.

5. Following this announcement, I observed that many Twitter employees raised concerns to management about what Twitter's policies would be following this acquisition, and in particular about mass layoffs.

6. In response, Twitter's management and human resources officials made repeated promises orally and in writing in an apparent effort to assuage the employees' concerns and prevent them from leaving the company and seeking other employment.

7. One of the promises that Twitter's management made was that, if there were layoffs following the purchase, employees being laid off would receive severance and benefits that were at least as favorable as the severance and benefits that Twitter had previously provided to employees.  This promise was made repeatedly by Twitter's management during all-hands meetings, and in a Frequently Asked Questions (FAQ) document regarding the Twitter acquisition.

8. I relied on this promise in deciding not to seek other employment during this uncertain period prior to Musk's purchase of the company, and I believe many other employees did as well, based on my conversations with them.

9. On November 1, 2022, I was informed that Twitter was laying me off effective immediately. I did not receive any advance notice of my layoff.  I also was not offered any severance package.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 9, 2022          By: _____
                                      Emmanuel Cornet