SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:      (617) 994-5801

*Attorneys for Plaintiffs Emmanuel Cornet,
Justine De Caires, Grae Kindel, Alexis Camacho,
and Jessica Pan, on behalf of themselves
and all others similarly situated*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, AND JESSICA PAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 3:22-cv-06857<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR A PROTECTIVE ORDER**<br><br>BEFORE _____ |

[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR A PROTECTIVE ORDER

Pending before the Court is Plaintiffs' Emergency Motion for a Protective Order, Dkt. 7. Having read and considered all papers submitted by the parties, and for good cause shown,

IT IS ORDERED that the Motion is granted as follows:

1. Twitter is hereby prohibited from seeking separation agreements from employees it has terminated without notifying employees of the pendency of this case, including a description of the claims brought here and contact information for Plaintiffs' counsel;

2. Any releases that Twitter has obtained from putative class members between November 3, 2022, the date that this lawsuit was filed, and the present, are hereby declared invalid.

DATED:_____                    _____

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR A PROTECTIVE ORDER