SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:      (617) 994-5801

*Attorneys for Plaintiffs Emmanuel Cornet,
Justine De Caires, Grae Kindel, Alexis Camacho,
and Jessica Pan, on behalf of themselves
and all others similarly situated*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, AND JESSICA PAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 3:22-cv-06857-JD<br><br>**DECLARATION OF SHANNON LISS-RIORDAN** |

# DECLARATION OF SHANNON LISS-RIORDAN

1. I am an adult resident of Brookline, Massachusetts. I am counsel to Plaintiffs in the above-captioned matter.

2. The Complaint in this case was filed on November 3, 2022 (Dkt. 1), and the First Amended Complaint was filed on November 8, 2022 (Dkt. 6).

3. In this case, Plaintiffs challenge the company's breach of contract with its workforce regarding benefits and severance, assert claims of promissory estoppel, and challenge the company's violation of the federal Worker Adjustment and Retraining Notification Act, 29 U.S.C. § 2101 *et seq.* (the "WARN Act"), as well as the California WARN Act, Cal. Lab. Code § 1400 *et seq.*

4. Plaintiffs filed their Emergency Motion for a Protective Order on November 9, 2022 (Dkt. 7). In this Motion, Plaintiffs seek a protective order to prevent Twitter from seeking releases from the employees it is laying off, without them knowing that these claims have been brought on their behalf in the above-captioned lawsuit.

5. It is critical for the Court to address Plaintiffs' Emergency Motion for a Protective Order promptly, and for the briefing schedule to be shortened.

6. Twitter has informed employees that it will begin distributing severance agreements this week, in which Twitter will seek a release of claims. We have received reports that Twitter has already started distributing severance agreements to some employees. Twitter's employees have been told that the agreements will be distributed this week and that they may only be given a few days to consider whether to sign the agreement.

7. Without the Court's immediate intervention, it is likely that a broad swathe of the putative class in this case may sign away their rights asserted here, without knowing of their rights or that these claims have been brought on their behalf and that there is an avenue for them to pursue them.

8. We have served the summons, the First Amended Complaint in this matter, and

the Emergency Motion for a Protective Order on Twitter's registered agent. A true and accurate copy of the proof of service is attached as Exhibit 1.

9. We will immediately serve this motion on Twitter's registered agent via process server and will serve any order the Court may issue promptly.

10. There have been no previous time modifications in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 10, 2022                        By: /s/ Shannon Liss-Riordan
                                                    Shannon Liss-Riordan

# EXHIBIT 1

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | ) | |
|---|---|---|
| Emmanuel Cornet, Justine De Caires, Grae Kindel, Alexis Camacho, and Jessica Pan, on behalf of themselves and all others similarly situated | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 3:22-cv-6857 -SK |
| Twitter, Inc. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Twitter, Inc.
C T Corporation System, Registered Agent
330 N. Brand Blvd. Ste #700
Glendale, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Shannon Liss-Riordan
Thomas Fowler
Lichten & Liss-Riordan, P.C.
729 Boylston St. Suite 2000
Boston, MA 02116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mark B. Busby*

Date: 11-04-2022

*Signature of Clerk or Deputy Clerk*

| Attorney or Party without Attorney:<br>SHANNON LISS-RIORDAN (SBN 310719)<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street Suite 2000<br>Boston, MA 02116<br>  Telephone No: 617-994-5800<br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: EMMANUEL CORNET; et al.<br>Defendant: TWITTER, INC. | | |
| **PROOF OF SERVICE** | Hearing Date: / Time: / Dept/Div: | Case Number:<br>3:22-cv-06857 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED CLASS ACTION COMPLAINT; PLAINTIFFS' EMERGENCY MOTION FOR A PROTECTIVE ORDER

3. a. Party served:     TWITTER, INC.
   b. Person served:   DAISY MONTENEGRO, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT FOR SERVICE OF PROCESS, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   330 N Brand Blvd Suite 700, Glendale, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Nov 10 2022 (2) at: 12:40 PM

6. *Person Who Served Papers:*
   a. Douglas Forrest (5141, Los Angeles)                        d. *The Fee for Service was:* $374.55
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

11/10/2022
(Date)                                                                                              (Signature)



PROOF OF SERVICE

7938931
(7941884)