MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:   +1.415.442.1001

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, AND JESSICA PAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 3:22-cv-06857-JD<br><br>**DEFENDANT TWITTER, INC.'S NOTICE OF APPEARANCE OF BRIAN D. BERRY** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

TWITTER'S NOTICE OF APPEARANCE OF
BRIAN D. BERRY
CASE NO. 3:22-CV-06857-JD

**TO ALL PARTIES, ATTORNEYS OF RECORD, AND THE COURT:**

I, Brian D. Berry of Morgan, Lewis & Bockius LLP, hereby appear as an additional attorney of record, together with the other attorney of record, on behalf of Defendant TWITTER, INC. ("Defendant") in the above-captioned action. I am a member of the State Bar of California and admitted to practice in the Northern District of California. My address, telephone and facsimile numbers, and e-mail address are below. Defendant requests that I be added to the docket and that e-mail notifications be sent to the email address below.

>Brian D. Berry, Bar No. 229893
>MORGAN, LEWIS & BOCKIUS, LLP
>One Market, Spear Street Tower
>San Francisco, CA  94105-1596
>Tel:     +1.415.442.1000
>Fax:    +1.415.442.1001
>Email:  brian.berry@morganlewis.com

Dated: November 21, 2022                    MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Brian D. Berry*
Eric Meckley
Brian D. Berry
Attorneys for Defendant
TWITTER, INC.