1  MORGAN, LEWIS & BOCKIUS LLP
   Eric Meckley, Bar No. 168181
2  eric.meckley@morganlewis.com
   Brian D. Berry, Bar No. 229893
3  brian.berry@morganlewis.com
   One Market, Spear Street Tower
4  San Francisco, CA  94105
   Tel:    +1.415.442.1000
5  Fax:    +1.415.442.1001

6  Attorneys for Defendant
   TWITTER, INC.
7

8

9             UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, AND JESSICA PAN, on behalf of themselves and all others similarly situated, | Case No. 3:22-cv-06857-JD |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT TWITTER, INC.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND DISMISS CLASS CLAIMS** |
| v. | |
| TWITTER, INC. | |
| Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

Case No. 3:22-cv-06857-JD
[PROPOSED] ORDER GRANTING DEFENDANT TWITTER, INC.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND DISMISS CLASS CLAIMS

# [PROPOSED] ORDER

Defendant Twitter, Inc.'s Motion to Compel Individual Arbitration and Dismiss Class Claims came on for hearing on December 29, 2022, the Honorable James Donato presiding. The Parties were represented by their respective counsel of record. This Court, having considered the briefing and arguments submitted by the parties, and good cause appearing therefore, hereby **GRANTS** Defendant Twitter, Inc.'s Motion to Compel Individual Arbitration and Dismiss Class Claims.

**THEREFORE, IT IS ORDERED** as follows:

1. Plaintiffs are hereby ordered to submit their individual claims to binding arbitration individually.

2. Plaintiffs' class action claims are dismissed.

3. Plaintiffs' lawsuit is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: _____, 2022

_____
HONORABLE JAMES DONATO
United States District Judge

Morgan, Lewis & Bockius LLP
Attorneys at Law

- 1 -   Case No. 3:22-cv-06857-JD
[PROPOSED] ORDER GRANTING DEFENDANT TWITTER, INC.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND DISMISS CLASS CLAIMS