MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

Attorneys for Defendant
TWITTER, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, AND JESSICA PAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 3:22-cv-06857-JD<br><br>**DECLARATION OF ERIC MECKLEY IN SUPPORT OF DEFENDANT TWITTER, INC.'S ADMINISTRATIVE MOTION TO SHORTEN TIME ON DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STRIKE CLASS CLAIMS** |

I, Eric Meckley, declare as follows:

1. I am an attorney duly licensed to practice in the State of California and in the United States District Court for the Northern District of California. I am a Partner of the firm Morgan, Lewis & Bockius, LLP, attorneys of record for Defendant Twitter, Inc. in this case.

2. I make this Declaration pursuant to Northern District Civil Local Rule 6-3, in support of Defendant Twitter, Inc.'s Administrative Motion to Shorten Time Related to Defendant's Motion to Compel Arbitration and Strike Class Claims. I make this declaration of my own personal knowledge and, if called as a witness, I could competently testify thereto.

3. On November 21, 2022, my office filed Defendant's Motion to Compel Arbitration and Strike Class Claims on behalf of Twitter, Inc. ("Twitter's Motion"). ECF No. 18. Pursuant to Local Rule 7-2(a) and this Court's Law & Motion Calendar Schedule, the earliest date that Twitter's Motion could be noticed for hearing was December 29, 2022. This hearing date is three weeks after the hearing date on Plaintiffs' Emergency Motion for Protective Order pursuant to Federal Rule of Civil Procedure 23(d) ("Plaintiffs' Motion"), which is set to be heard on December 8, 2022 at 3:00 pm.

4. On November 21, 2022, I contacted Shannon Liss-Riordan, counsel for Plaintiffs, via email to meet and confer about Plaintiffs' willingness to stipulate to a shortened briefing schedule and hearing date for Twitter's Motion. I proposed that Plaintiff's opposition would be due on December 2, Defendant's reply would be due on December 6, and the hearing would be set for the same date and time as Plaintiffs' Motion.

5. Ms. Liss-Riordan responded in writing that Plaintiffs would not agree to a shortened briefing and hearing schedule for Defendant's Motion.

I declare under penalty of perjury of the laws of the United States of America and the State of California that the foregoing information is true and correct. Signed on November 21, 2022.

*/s/ Eric Meckley*