MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

Attorneys for Defendant
TWITTER, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, AND JESSICA PAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 3:22-cv-06857-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TWITTER, INC.'S ADMINISTRATIVE MOTION TO SHORTEN TIME ON DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STRIKE CLASS CLAIMS** |

## [PROPOSED] ORDER

This Court, having considered the papers submitted by the parties in support of and opposition to Defendant Twitter, Inc.'s Rule 6-3 Administrative Motion to Shorten Time On Defendant's Motion to Compel Arbitration and Strike Class Claims (the "Motion"), and good cause appearing therefore, hereby **GRANTS** the Motion and **ORDERS** as follows:

1. Plaintiffs' Opposition to Defendant's Motion to Compel Arbitration and Strike Class Claims is due on December 2, 2022.

2. Defendant's reply in support of Defendant's Motion to Compel Arbitration and Strike Class Claims is due on December 6, 2022 by 1:00 p.m.

3. Defendant's Motion to Compel Arbitration and Strike Class Claims shall be heard on December 8, 2022 at 3:00 p.m.

**IT IS SO ORDERED**.

Dated: _____

HONORABLE JAMES DONATO
United States District Judge