1  MORGAN, LEWIS & BOCKIUS LLP
   Eric Meckley, Bar No. 168181
2  eric.meckley@morganlewis.com
   Brian D. Berry, Bar No. 229893
3  brian.berry@morganlewis.com
   One Market, Spear Street Tower
4  San Francisco, CA  94105
   Tel:    +1.415.442.1000
5  Fax:    +1.415.442.1001

6  Attorneys for Defendant
   TWITTER, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 EMMANUEL CORNET, JUSTINE DE          Case No. 3:22-cv-06857-JD
   CAIRES, GRAE KINDEL, ALEXIS
11 CAMACHO, AND JESSICA PAN, on behalf
   of themselves and all others similarly situated,
12
                        Plaintiffs,
13                                              **DECLARATION OF Stacey Fix Conti
              v.                                IN SUPPORT OF DEFENDANT'S
14                                              RESPONSE TO PLAINTIFFS'
   TWITTER, INC.                                EMERGENCY MOTION FOR A
15                                              PROTECTIVE ORDER**
                        Defendant.
16

## DECLARATION OF Stacey Fix Conti

I am currently employed by Twitter, Inc. ("Twitter") as the Head of Merger & Acquisition Integration and am part of the transition team with respect to Elon Musk's acquisition of Twitter. I have personal knowledge of the facts set forth in this declaration, except in instances stated on information and belief.

1. Twitter is a social media company. Twitter has employees in approximately thirty-four offices around the world, including eighteen offices in the United States.

2. On April 25, 2022, X Holdings I, Inc. and X Holdings II, Inc. entered into an Agreement and Plan of Merger with Twitter. The merger was completed and officially closed effective October 27, 2022.

3. After the merger, as part of a strategic reorganization of the company to improve the health of the company, Twitter made the decision to reduce the size of its workforce. As part of this reduction, Twitter was at all times mindful of its obligations under the federal Worker Adjustment and Retraining Notification ("WARN") Act and all similar state laws, including California's Worker Adjustment and Retraining Notification Act ("California WARN Act").

4. Accordingly, on November 4, 2022, Twitter notified approximately 2,600 employees in the United States, including Justine De Caires, Grae Kindel, and Jessica Pan, that they were being involuntarily discharged as part of a reduction in force and that their last day of employment with Twitter would be January 4, 2023, or a later date if required by applicable state law. Thus, all U.S. based employees who were notified on November 4, 2022 that they were being involuntarily discharged have received at least 60-days-notice and additional notice if required. During the 60-day notice period, each of the impacted employees is receiving full compensation, as well as full benefits through the end of the month in which their employment ends.

5. Consistent with its obligations under the WARN Act and applicable state laws, including the California WARN Act, Twitter timely notified all applicable state and local authorities of the reduction in force announced on November 4, 2022.

6. In addition to being provided at least 60-days-notice of their discharge, employees who were notified of their discharge on November 4, 2022, were also promised a discretionary severance package equivalent to one month's pay, in addition to the at least 60 days of full pay and benefits they will receive between the date they were notified of the layoff and their separation date. All of these severance packages were offered on a discretionary basis.

7. Twitter terminated Emmanuel Cornet's employment on November 1, 2022. Cornet was terminated for cause and not as part of the reduction in force announced on November 4, 2022.

8. Twitter currently employs Alexis Camacho. Camacho was not part of the reduction in force announced on November 4, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed: November 20, 2022