MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

Attorneys for Defendant
TWITTER, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, AND JESSICA PAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 3:22-cv-06857-JD<br><br>**DEFENDANT TWITTER, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION FOR A PROTECTIVE ORDER**<br><br>Date:          December 8, 2022<br>Time:         3 p.m.<br>Judge:        Hon. James Donato |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT'S REQUEST
FOR JUDICIAL NOTICE
CASE NO. 3:22-CV-06857-JD

1    In accordance with Federal Rule of Evidence 201, Twitter, Inc. ("Twitter" or

2  "Defendant") respectfully requests that this Court take judicial notice of the documents described

3  below and attached as Exhibits to this Request for Judicial Notice.

4    Federal Rule of Evidence Section 201 ("Rule 201") allows a court to take judicial notice

5  of facts that are "not subject to reasonable dispute" because they are either (1) "generally known

6  within the trial court's territorial jurisdiction" or (2) "can be accurately and readily determined

7  from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. § 201(b).  The

8  Court "must take judicial notice if a party request it and the court is supplied with the necessary

9  information."  Fed. R. Evid. 201(c)(2).

10    Public and government records taken from official websites whose accuracy cannot

11  reasonably be questioned are subject to judicial notice.  *Brulee v. Geico Insurance Agency Inc*.

12  No. 19 (E.D. Cal July 19, 2018) (citing *O'Toole v. Northrop Grumman Corp.,* 499 F.3d 1218,

13  1225 (10th Cir. 2007) ("It is not uncommon for courts to take judicial notice of factual

14  information found on the world wide web"); *Denius v. Dunlap,* 330 F.3d 919, 926-27 (7th Cir.

15  2003) (taking judicial notice of information on the website of a government agency); *United*

16  *States ex rel. Dingle v. BioPort Corp.,* 270 F.Supp.2d 968, 972 (W.D. Mich. 2003) ("government

17  documents are generally considered not to be subject to reasonable dispute…This includes public

18  records and government documents available from reliable sources on the Internet.").

19    Pursuant to these guidelines, Twitter requests that the Court take judicial notice of the

20  following documents:

21    **Exhibit A:** Attached as Exhibit "A" is a true and correct copy of the Agreement & Plan of

22  Merger ("Merger Agreement") between Twitter, Inc. and X Holdings I, Inc. and X Holdings II,

23  Inc.  This document was obtained on today's date from the online EDGAR database maintained

24  by the United States Securities & Exchange Commission, which may be found, in its entirety, at

25  the following website:

26  https://www.sec.gov/Archives/edgar/data/1418091/000119312522120474/d310843ddefa14a.htm

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEFENDANT'S REQUEST
FOR JUDICIAL NOTICE
CASE NO. 3:22-CV-06857-JD

1    **Exhibit B:** Attached as Exhibit "B" is a true and correct copy of a tweet[1] written by

2    Emmanuel Cornet, one of the named plaintiffs in this case.  This document was obtained on

3    today's date from a review of publicly available information.  This tweet may be found, in its

4    entirety, at the following website:

5    https://twitter.com/lmanul/status/1587601005251743745?lang=en

6    **Exhibit C:** Attached as Exhibit "C" are true and correct copies of several articles written

7    containing interviews that Plaintiffs' Counsel gave regarding this case (C-1 through C-10).  These

8    documents were obtained on today's date from a review of publicly available information.  The

9    attached articles may be found, in their entirety, at the following websites:

10   1. Anne Cullen, Law360 *Twitter Tumult Shows Risk of Overlooking Pandemic's Impact*

11      (Nov. 18, 2022 9:17 PM EST)

12         o   Twitter Tumult Shows Risk Of Overlooking Pandemic's Impact - Law360

13   2. Grace Dean, *Business Insider, Laid-off Twitter Employees Claim in a Lawsuit that the*

14      *Company 'Persuaded' Them Not to Look for New Jobs in the Run-Up to Elon Musk's*

15      *Takeover.* (Nov. 11, 2022 11:09 AM)

16         o   https://www.businessinsider.com/elon-musk-twitter-deal-lay-staff-job-hunt-

17             severance-package-2022-11

18   3. Matthew Loh, Business Insider, *Elon Musk Failed to Give Laid-Off Twitter Employees*

19      *Previously Promised Severance Packages, Lawsuit Alleges.* (Nov. 11, 2022 1:57 AM)

20         o   https://www.businessinsider.com/elon-musk-twitter-failed-give-promised-

21             severance-laid-off-lawsuit-2022-11

22   4. Liz Jassin, NewsNation, *Lawyer: Musk Broke Promises to Fired Twitter Employees.*

23      (Nov. 10, 2022 9:29 PM).

24         o   https://www.newsnationnow.com/cuomo-show/lawyer-musk-broke-promises-to-

25             fired-twitter-employees/

26

27

28

---

[1] A "tweet" is a short, electronic message published by a user on the social media platform Twitter.com.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEFENDANT'S REQUEST
FOR JUDICIAL NOTICE
CASE NO. 3:22-CV-06857-JD

5.  Beverly Banks, Law360, *Ex-Twitter Workers Seek Protective Order From Releases.* (Nov. 10, 2022 8:56 PM)

    o  https://www.law360.com/employment-authority/other/articles/1548731/ex-twitter-workers-seek-protective-order-from-releases

6.  Ashley Belanger, Ars Technica, *Twitter Offering Some Laid-Off Staff Only Half What They're Owed, Lawsuit Says.* (Nov. 9, 2022 2:11 PM).

    o  https://arstechnica.com/tech-policy/2022/11/twitter-offering-some-laid-off-staff-only-half-what-theyre-owed-lawsuit-says/.

7.  Ryan Mancini, MassLive, *55 Twitter Employees Lose Jobs in Boston as Part of Company-Wide Layoffs.* (Nov. 7, 2022 3:07 PM).

    o  https://www.masslive.com/boston/2022/11/55-twitter-employees-lose-jobs-in-boston-as-part-of-company-wide-layoffs.html

8.  Jana Katsuyama, KTVU, *Twitter Lays Off 784 Employees at SF Headquarters, as Former Employees File Lawsuit.* (Nov. 5, 2022)

    o  https://www.ktvu.com/news/twitter-lays-off-784-employees-at-sf-headquarters-as-former-employees-file-lawsuit

9.  Josh Eidelson, Bloomberg Law, *Lawyer Suing Twitter Over Layoffs Says Musk Trying to Comply.* (Nov. 4, 2022 9:43 PM).

    o  https://www.bloomberglaw.com/bloomberglawnews/us-law-week/X9J2PKES000000?bna_news_filter=us-law-week#jcite

10. WCVB Channel 5, *Boston Attorney Files Lawsuit on Behalf of Twitter Employees Facing Layoffs.* (Nov. 4, 2022 5:04 PM)

    o  https://www.wcvb.com/article/boston-attorney-files-lawsuit-on-behalf-of-twitter-employees-facing-layoffs/41865120

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEFENDANT'S REQUEST
FOR JUDICIAL NOTICE
CASE NO. 3:22-CV-06857-JD

1

Dated:  November 21, 2022                    MORGAN, LEWIS & BOCKIUS LLP

2
                                             By: */s/ Eric Meckley*
3                                                Eric Meckley
                                                 Brian Berry
4                                                Ashlee Cherry
                                                 Attorneys for Defendant
5                                                Twitter, Inc.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

DEFENDANT'S REQUEST
FOR JUDICIAL NOTICE
CASE NO. 3:22-CV-06857-JD