# EXHIBIT B



https://twitter.com/lmanul/status/1587601005251743745?lang=en

← **Thread**

**ma.nu** ✔
@lmanul                                                    ⋯

Got first dibs at being fired! But I'm kind of proud of the reason(s).

7:22 PM · Nov 1, 2022 · Twitter Web App

**35** Retweets   **14** Quote Tweets   **909** Likes

○          ⇄          ♡          ⬆

**ma.nu** ✔ @lmanul · Nov 1                                    ⋯
Replying to @lmanul
Okay I should write a bit more about the reason(s) but I wanted to use the nifty "long Tweet" ("note"?) feature and I don't think I have it? HEY WHO IS IN CHARGE OF THIS WEBSITE
○ 5          ⇄ 3          ♡ 244          ⬆

**ma.nu** ✔ @lmanul · Nov 1                                    ⋯
Thanks everyone for your concern I am doing fi... Erm wait err, no I am doing TERRIBLY you should all follow me to console me gimme gimme followers I am so sad and lonely and pitiful
○ 5          ⇄ 2          ♡ 202          ⬆

**ma.nu** ✔ @lmanul · Nov 1                                    ⋯
Receiving so much love from everyone, this was almost worth it! Focus on yourselves! And y'all got work to do, hey!
○ 2          ⇄ 2          ♡ 127          ⬆

**ma.nu** ✔ @lmanul · Nov 1                                    ⋯
Oh wow now will you look at the length of this list of want-to-read-books and want-to-watch movies and want-to-play-video-games.