SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:      (617) 994-5801

*Attorneys for Plaintiffs Emmanuel Cornet,
Justine De Caires, Grae Kindel, Alexis Camacho,
and Jessica Pan, on behalf of themselves
and all others similarly situated*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, and JESSICA PAN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER, INC. <br><br> Defendant. | Case No. 3:22-cv-06857 <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

The Motion for Leave to File a Second Amended Complaint is GRANTED. After consideration of the briefs and argument of counsel, the Court grants the Motion for Leave to File a Second Amended Complaint for the following reasons:

1. Plaintiffs have offered sufficient grounds for amending the complaint;
2. The interests of justice require that Plaintiffs be permitted to amend the complaint.

Plaintiffs shall file the Second Amended Complaint within seven (7) calendar days following this Order.

IT IS SO ORDERED.

Date: _____     _____
                                 HON. JAMES DONATO