SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

*Attorneys for Plaintiffs Emmanuel Cornet,
Justine De Caires, Grae Kindel, Alexis Camacho,
and Jessica Pan, on behalf of themselves
and all others similarly situated*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, AND JESSICA PAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 3:22-cv-06857-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR THE COURT TO HEAR PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TOGETHER WITH THEIR MOTION FOR PROTECTIVE ORDER**<br><br>BEFORE HON. JAMES DONATO |

     Pending before the Court is Plaintiffs' Motion for the Court to Hear Plaintiffs' Motion for Leave to File Second Amended Complaint together with their Motion for Protective Order. Having read and considered all papers submitted by the parties, and for good cause shown,

     IT IS ORDERED that the Motion is granted as follows:

     1.    Plaintiffs' Motion for Leave to File Second Amended Complaint will be heard together with Plaintiffs' Emergency Motion for a Protective Order on December 8, 2022, at 3:00 PM PST.

DATED:_____                _____
                                                              Honorable James Donato
                                                            United States District Court Judge