# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  December 8, 2022                                       Judge:  Hon. James Donato

Time:  26 Minutes

Case No.        **3:22-cv-06857-JD**
Case Name       **Cornet et al v. Twitter, Inc.**

Attorney for Plaintiffs:    Shannon Liss-Riordan
Attorney for Defendant:     Eric Meckley

Court Reporter:  Ruth Ekhaus

Deputy Clerk:  Lisa Clark

## PROCEEDINGS

Motion Hearing -- Held.

## NOTES AND ORDERS

Plaintiffs' request to file an amended complaint, Dkt. No. 28, is granted.  A second amended complaint may be filed as a new ECF docket entry by December 15, 2022.

The Court will issue an order on plaintiffs' protective order motion.  Twitter will continue not to seek employee releases pending the order.

All parties are advised to promptly file notice of related actions pursuant to Civil Local Rule 3-12, as circumstances warrant.