SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:   (617) 994-5801

*Attorneys for Plaintiffs Emmanuel Cornet, Justine De Caires, Grae Kindel, Alexis Camacho, Jessica Pan, Emily Kim, Miguel Barreto, and Brett Menzies Folkins, on behalf of themselves and all others similarly situated*

ERIC MECKLEY (SBN 168181)
(eric.meckley@morganlewis.com)
BRIAN D. BERRY (SBN 229893)
(brian.berry@morganlewis.com)
MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:   (415) 442-1000
Fax:              (415) 442-1001

*Attorneys for Defendant Twitter, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, and BRETT MENZIES FOLKINS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 3:22-cv-06857<br><br>**JOINT RESPONSE TO ORDER RE: NOTICE** |

Pursuant to the Court's December 14, 2022 Order (ECF No. 42), the Parties are timely filing a proposed form of notice for the Court's review and approval, a copy of which is attached hereto as Exhibit A.

Respectfully submitted,

EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, and BRETT MENZIES FOLKINS, on behalf of themselves and all others similarly situated,

By their attorneys,

 /s/ Shannon Liss-Riordan_____
Shannon Liss-Riordan, SBN 310719
Thomas Fowler (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com; tfowler@llrlaw.com

*Attorneys for Plaintiffs*

TWITTER, INC.,

By its attorneys,

/s/ Eric Meckley_____
Eric Meckley, SBN 168181
Brian D. Berry, SBN 229893
MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105

(415) 442-1000
Email: eric.meckley@morganlewis.com;
brian.berry@morganlewis.com

*Attorneys for Defendant Twitter, Inc.*

Dated:        December 19, 2022

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendant Twitter, Inc. via the CM/ECF system on December 19, 2022.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan
