SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)

LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:   (617) 994-5801

*Attorneys for Plaintiffs Emmanuel Cornet,
Justine De Caires, Grae Kindel,
Alexis Camacho, Jessica Pan, Emily Kim,
Miguel Barreto, and Brett Menzies Folkins,
on behalf of themselves and all others
similarly situated*

ERIC MECKLEY (SBN 168181)
(eric.meckley@morganlewis.com)
BRIAN D. BERRY (SBN 229893)
(brian.berry@morganlewis.com)
ASHLEE N. CHERRY (SBN 312731)
(ashlee.cherry@morganlewis.com)

MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:   (415) 442-1000
Fax:         (415) 442-1001

*Attorneys for Defendant Twitter, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, and BRETT MENZIES FOLKINS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 3:22-cv-06857-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR TWITTER'S MOTION TO TRANSFER VENUE AND/OR MOTION TO DISMISS** |

On December 23, 2022, Defendant Twitter, Inc. ("Twitter") filed a Motion to Transfer Venue and/or Motion to Dismiss (Dkt. 45). Currently, Plaintiffs' opposition is due on January 6, 2023, and Twitter's reply is due on January 13, 2023. The motion is set for hearing on February 23, 2023. The Parties hereby stipulate to the following amended briefing schedule:

- Plaintiffs' opposition to Twitter's motion shall be submitted on or before January 20, 2023.
- Twitter's reply to Plaintiffs' opposition shall be submitted on or before February 3, 2023.

The requested change in the briefing schedule will not impact the current hearing date of February 23, 2023, at 10:00 AM PST, which shall remain in place.

Respectfully submitted,

EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, and BRETT MENZIES FOLKINS, on behalf of themselves and all others similarly situated,

By their attorneys,

  /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
Thomas Fowler (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com; tfowler@llrlaw.com

*Attorneys for Plaintiffs*

TWITTER, INC.,

By its attorneys,

/s/ Eric Meckley_____
Eric Meckley, SBN 168181
Brian D. Berry, SBN 229893
Ashlee N. Cherry, SBN 312731
MORGAN, LEWIS, & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
Email: eric.meckley@morganlewis.com;
brian.berry@morganlewis.com
ashlee.cherry@morganlewis.com

*Attorneys for Defendant Twitter, Inc.*

Dated:          December 30, 2022

3
STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR TWITTER'S
MOTION TO TRANSFER VENUE AND/OR MOTION TO DISMISS

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendant Twitter, Inc. via the CM/ECF system on December 30, 2022.

<u>/s/ Shannon Liss-Riordan</u>
Shannon Liss-Riordan

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders the following briefing schedule on Defendant's Motion to Transfer Venue and/or Motion to Dismiss (Dkt. 45):

- Plaintiffs' opposition shall be submitted on or before January 20, 2023.
- Twitter's reply to Plaintiffs' opposition shall be submitted on or before February 3, 2023.

The hearing date on Defendant's motions shall remain February 23, 2023, at 10:00 AM PST.

Dated: _____                    _____
                                                  Hon. James Donato
                                                  District Court Judge