UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO RODRIGUEZ,

        Plaintiff,

    v.

TWITTER, INC., et al.,

        Defendants.

Case No. 22-cv-07222-TLT

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable James Donato for consideration of whether the case is related to *Cornet et al v. Twitter, Inc.*, 3:22-cv-06857-JD.

**IT IS SO ORDERED.**

Dated: January 18, 2023

                                               TRINA L. THOMPSON
                                               United States District Judge

United States District Court
Northern District of California