MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:   +1.415.442.1000
Fax:  +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:   +1.650.843.4000
Fax:  +1.650.843.4001

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, AND BRETT MENZIES FOLKINS, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>TWITTER, INC.,<br><br>　　　　　　　　Defendant. | Case No. 3:22-cv-06857-JD<br><br>**DEFENDANT TWITTER, INC.'S NOTICE OF APPEARANCE OF KASSIA STEPHENSON** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

TWITTER'S NOTICE OF APPEARANCE OF
KASSIA STEPHENSON
CASE NO. 3:22-CV-06857-JD

**TO ALL PARTIES, ATTORNEYS OF RECORD, AND THE COURT:**

I, Kassia Stephenson of Morgan, Lewis & Bockius LLP, hereby appear as an additional attorney of record, together with the other attorney of record, on behalf of Defendant TWITTER, INC. ("Defendant") in the above-captioned action. I am a member of the State Bar of California and admitted to practice in the Northern District of California. My address, telephone and facsimile numbers, and e-mail address are below. Defendant requests that I be added to the docket and that e-mail notifications be sent to the email address below.

> Kassia Stephenson, Bar No. 336175
> MORGAN, LEWIS & BOCKIUS, LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105-1596
> Tel:   +1.415.442.1000
> Fax:   +1.415.442.1001
> Email: kassia.stephenson@morganlewis.com

Dated: February 6, 2023

MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Kassia Stephenson
Eric Meckley
Brian D. Berry
Ashlee N. Cherry
Kassia Stephenson
Attorneys for Defendant
TWITTER, INC.